# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joan Ariel Comas Joa,<br>    aka Joan Ariel Comas,<br>    aka Joan A. Comas,<br>    aka Joan Comas Joa,<br>    aka Joan Comas,<br>    aka Joan A. Comas Joa<br><br>              **Debtor** | BK NO. 17-00882 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  412-430-3594