**TULLIO DeLUCA**

**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 27, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Joan Ariel Comas**
            **Chapter 13 Bankruptcy**
            **Case No. 5-17-00882**

Dear Sir/Madam:

    I have received returned mail for **MARILYN'S TAGS/TITLE/SERVICE,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1000N WILKES BARRE BLVD WILKES-BARRE, PA 18252. Please be advised the correct information is as follows.

        MARILYN'S NO LIMIT TAX/TITLE/TAGS
        100 N. WILKES-BARRE BLVD.
        WILKES- BARRE, PA 18702

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (MAR.27, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

            Very truly yours,


            /s/ Tullio DeLuca, Esquire

TD/th