```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                          Case No. 17-00882-JJT
Joan Ariel Comas Joa                                                            Chapter 13
              Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: CGambini              Page 1 of 2                  Date Rcvd: May 04, 2017
                             Form ID: ntcnfhrg           Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db             +Joan Ariel Comas Joa,    737 Garfield St.,    Hazleton, PA 18201-2042
4892887        +Ana D. Romero,    737 Garfield St.,    Hazleton, PA 18201-2042
4892889       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,      Bankruptcy Department,    4161 Piedmont Pkwy.,
                  NC4-105-03-14,    Greensboro, NC   27410)
4892892        +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
4892893        +Chase,    PO Box 15298,    Wilmington DE 19850-5298
4892894        +Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
4892898        +ENDONTIC SPECIALISTS OF NEPA,     841 WYOMING AVE,    KINGSTON, PA 18704-3932
4892899        +ERC,   P.O. Box 57547,    Jacksonville, FL 32241-7547
4892900        +Greater Hazleton Joint Sewer Authority,      500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, PA 18201-0651
4892901        +Hazle Township Refuse,     P.O. Box 24,    Lattimer Mines, PA 18234-0024
4892902        +Jairo Comas Joa,    739 Garfield St.,    Hazleton, PA 18201-2042
4892905        +Law offices of Tullio DeLuca,     381 N. 9th Avenue,    Scranton, PA 18504-2005
4892908        +MARILYNS NO LIMIT TAX/TITLE/TAGS,      100 N. WILKES-BARRE BLVD.,    WILKES- BARRE, PA 18702-5253
4892907        +Macy’s,    Attn: Bankruptcy Processing,     PO Box 8053,    Mason, OH 45040-8053
4892909        +Marilynb’s Tags/Title Multi Service,     100 N. Wilkes-Barre Blvd.,    Wilkes-Barre, PA 18702-5253
4892910        +Midland Funding, LLC,    2365 Northside Drive, Ste. 300,     San Diego, CA 92108-2709
4892911        +NY State Dept. of Taxation & Finance,      Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
4893207        +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4892914        +Pressler & Pressler, LLP,     7 Entin Road,    Parsippany, NJ 07054-5020
4892918       ++TOYOTA MOTOR CREDIT CORPORATION,      PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,      Attn: Bankruptcy Dept.,
                  P.O. Box 8026,    Cedar Rapids, IA 52408)
4908005        +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
4892919        +Verizon Bankruptcy Dept.,     500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4892890        +E-mail/Text: ebn@squaretwofinancial.com May 04 2017 18:57:58      CACH, LLC,
                 4340 S. Monaco St., 2nd Fl.,    Denver, CO 80237-3485
4905179         E-mail/Text: ebn@squaretwofinancial.com May 04 2017 18:57:58      CACH, LLC,   PO BOX 5980,
                 DENVER, CO 80217-5980
4908309        +E-mail/Text: bncmail@w-legal.com May 04 2017 18:57:52      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4892891        +E-mail/Text: bankruptcy@usecapital.com May 04 2017 18:58:10      Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
4892895        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2017 18:58:06
                 Credit Collection Services,     P.O. Box 607,    Norwood, MA 02062-0607
4892896        +E-mail/Text: creditonebknotifications@resurgent.com May 04 2017 18:57:34      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
4892897        +E-mail/Text: Bankruptcy.Consumer@dish.com May 04 2017 18:57:48      Dish Network,
                 P.O. Box 9033,    Littleton, CO 80160-9033
4892903         E-mail/Text: JCAP_BNC_Notices@jcap.com May 04 2017 18:57:55      Jefferson Capital,
                 16 McLeland Road,    Saint Cloud, MN 56303-2198
4911578         E-mail/Text: camanagement@mtb.com May 04 2017 18:57:40      M&T BANK,   PO BOX 840,
                 Buffalo, NY 14240-0840
4892906         E-mail/Text: camanagement@mtb.com May 04 2017 18:57:40      M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY 14221
4892912        +E-mail/PDF: cbp@onemainfinancial.com May 04 2017 18:54:31
                 OneMain Financial Bankruptcy Dept.,     P.O. Box 6042,    Sioux Falls, SD 57117-6042
4892913         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2017 18:59:57
                 Portfolio Recovery Associates LLC,     120 Corporate Blvd,    Norfolk, VA 23502
4892915         E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 18:54:28      Synchrony Bank/JC Penney,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4892916         E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 18:54:28      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4892917         E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 18:54:28      Synchrony Bank/Wal-Mart,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892888*       +Ana D.Romero,    737 Garfield St.,    Hazleton, PA 18201-2042
4892904*       +Joan Ariel Comas Joa,    737 Garfield St.,    Hazleton, PA 18201-2042
4908006*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Tullio   DeLuca    on behalf of Debtor Joan Ariel Comas Joa tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joan Ariel Comas Joa<br>aka Joan A. Comas, aka Joan Ariel Comas, aka Joan Comas Joa, aka Joan A. Comas Joa, aka Joan Comas<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−00882−JJT |

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 3, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 6, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2017 |