```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-00882-JJT
Joan Ariel Comas Joa                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini             Page 1 of 1            Date Rcvd: May 15, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
        +Ana D Romero,    737 Garfield Street,    Hazleton,, PA 18201-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James    Warmbrodt     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        Tullio   DeLuca    on behalf of Debtor Joan Ariel Comas Joa tullio.deluca@verizon.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joan Ariel Comas Joa aka Joan Ariel Comas, aka Joan A. Comas, aka Joan Comas Joa, aka Joan Comas, aka Joan A. Comas Joa<br><br>**Debtor(s)** | CHAPTER 13 |
| **Toyota Motor Credit Corporation**<br>　　　　　　　　　Movant<br>　　　　　v.<br>Joan Ariel Comas Joa aka Joan Ariel Comas, aka Joan A. Comas, aka Joan Comas Joa, aka Joan Comas, aka Joan A. Comas Joa<br><br>　　　　　　　Debtor/Respondent<br>　　　　　and<br>**Ana D. Romero**<br>　　　　　　　Additional Respondent<br>　　　　　And<br>**Charles J. DeHart III**<br>　　　　　　　Additional Respondent | NO. 17-00882 JJT<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301 (a) is hereby terminated as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2010 TOYOTA VENZA, VIN:4T3ZA3BB1AU021747 in a commercially reasonable manner.

Dated: May 15, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(PJR)