```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00882-JJT
Joan Ariel Comas Joa                                            Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson          Page 1 of 1           Date Rcvd: May 22, 2017
                             Form ID: ntcltrdb      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
4892900        +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, PA 18201-0651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Joan Ariel Comas Joa tullio.deluca@verizon.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Joan Ariel Comas Joa<br>aka Joan A. Comas, aka Joan Ariel Comas, aka Joan Comas Joa, aka Joan A. Comas Joa, aka Joan Comas<br>Debtor(s) | Chapter<br>Case No. | 13<br>5:17–bk–00882–JJT |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#8) has been filed by the Debtor on behalf of Greater Hazleton Joint Sewer Authority in the amount of $465.48.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 22, 2017 |