UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOAN ARIEL COMAS JOA : CHAPTER 13
       Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
       vs. :
 :
JOAN ARIEL COMAS JOA :
       Respondent(s) : CASE NO.  5-17-bk-00882

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this  2nd  day of June, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.
        b.  Plan ambiguous – payment

    2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a.  Proof of Claim for Toyota for 2011 RAV.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                                    Respectfully submitted:

                                    Charles J. DeHart, III
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
                                    (717) 566-6097

               BY:                  /s/Agatha R. McHale
                                    Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 2nd day of June, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 North 9th Avenue
Scranton, PA   18504

              /s/Deborah A. Behney
              Office of Charles J. DeHart, III
              Standing Chapter 13 Trustee