Certificate Number: 01267-PAM-DE-029472268

Bankruptcy Case Number: 17-00882


01267-PAM-DE-029472268

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2017, at 12:18 o'clock PM MST, Joan A Comas completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2017

By: /s/Anastacia Jacobs

Name: Anastacia Jacobs

Title: Counselor