UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joan Ariel Comas Joa a/k/a Joan Ariel Comas a/k/a Joan A. Comas a/k/a Joan Comas Joa a/k/a Joan Comas a/k/a Joan A. Comas Joa <br> Debtor <br><br> Toyota Motor Credit Corporation <br> Movant <br> vs. <br><br> Joan Ariel Comas Joa a/k/a Joan Ariel Comas a/k/a Joan A. Comas a/k/a Joan Comas Joa a/k/a Joan Comas a/k/a Joan A. Comas Joa <br> Respondent <br><br> Ana D. Romero <br> Charles J. DeHart, III, Esq. <br> Additional Respondents | CHAPTER 13 <br> BK NO: 17-00882 JJT |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

_____
United States Bankruptcy Judge