# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOAN ARIEL COMAS JOA
AKA: JOAN A. COMAS JOA, JOAN COMAS,
JOAN ARIEL COMAS, JOAN A. COMAS,
JOAN COMAS JOA

             Debtor(s)

                                     CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant                       CASE NO: 5-17-00882-JJT

    vs.

JOAN ARIEL COMAS JOA
AKA: JOAN A. COMAS JOA, JOAN COMAS,
JOAN ARIEL COMAS, JOAN A. COMAS,
JOAN COMAS JOA

             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 7, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                        Respectfully submitted,

                        s/   Charles J. DeHart, III
                        Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOAN ARIEL COMAS JOA
           AKA: JOAN A. COMAS JOA, JOAN
           COMAS, JOAN ARIEL COMAS, JOAN A.    CHAPTER 13
           COMAS, JOAN COMAS JOA

               Debtor(s)

           CHARLES J. DEHART, III         CASE NO: 5-17-00882-JJT
           CHAPTER 13 TRUSTEE
               Movant

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**         **HEARING:**
December 5, 2017  at 9:00 am               December 5, 2017 at 09:35 AM
U.S. Bankruptcy Court                    U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse           Max Rosenn U.S. Courthouse
197 S. Main Street                        197 S. Main Street
Wilkes Barre, PA                         Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 524.00**
**AMOUNT DUE FOR THIS MONTH:  $262.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE:  $786.00**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to:
          **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 7, 2017

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOAN ARIEL COMAS JOA
            AKA: JOAN A. COMAS JOA, JOAN
            COMAS, JOAN ARIEL COMAS,
            JOAN A. COMAS, JOAN COMAS        CHAPTER 13
            JOA

                Debtor(s)          CASE NO: 5-17-00882-JJT

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on  November 7, 2017.


TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA  18504-


JOAN ARIEL COMAS JOA
737 GARFIELD ST.
HAZLETON, PA  18201


                           Respectfully submitted,

                           s/ Liz Joyce
                           for Charles J. DeHart, III, Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA  17036
                           Phone:  (717) 566-6097

Dated:  November 7, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOAN ARIEL COMAS JOA
AKA: JOAN A. COMAS JOA, JOAN
COMAS, JOAN ARIEL COMAS, JOAN
A. COMAS, JOAN COMAS JOA

                                        CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                    CASE NO: 5-17-00882-JJT

    vs.

JOAN ARIEL COMAS JOA          MOTION TO DISMISS
AKA: JOAN A. COMAS JOA, JOAN
COMAS, JOAN ARIEL COMAS, JOAN
A. COMAS, JOAN COMAS JOA

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.