```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-00882-JJT
Joan Ariel Comas Joa                                            Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2              Date Rcvd: Dec 31, 2018
                              Form ID: ordsmiss           Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2019.
```
db            +Joan Ariel Comas Joa,    737 Garfield St.,    Hazleton, PA 18201-2042
4892887       +Ana D. Romero,    737 Garfield St.,    Hazleton, PA 18201-2042
4892898       +ENDONTIC SPECIALISTS OF NEPA,    841 WYOMING AVE,    KINGSTON, PA 18704-3932
4892900       +Greater Hazleton Joint Sewer Authority,     500 Oscar Thomas Drive,    P.O. Box 651,
                Hazleton, PA 18201-0651
4892901       +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, PA 18234-0024
4892902       +Jairo Comas Joa,    739 Garfield St.,    Hazleton, PA 18201-2042
4892905       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,     Scranton, PA 18504-2005
4892908       +MARILYNS NO LIMIT TAX/TITLE/TAGS,    100 N. WILKES-BARRE BLVD.,    WILKES- BARRE, PA 18702-5253
4892909       +Marilynb's Tags/Title Multi Service,    100 N. Wilkes-Barre Blvd.,    Wilkes-Barre, PA 18702-5253
4892911       +NY State Dept. of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
                Albany, NY 12205-0300
4892914       +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
4908005       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4892889        EDI: BANKAMER.COM Dec 31 2018 23:48:00      Bank of America,    Bankruptcy Department,
                4161 Piedmont Pkwy.,    NC4-105-03-14,    Greensboro, NC   27410
4892890       +EDI: RESURGENT.COM Dec 31 2018 23:48:00      CACH, LLC,    4340 S. Monaco St., 2nd Fl.,
                Denver, CO 80237-3485
4905179        EDI: RESURGENT.COM Dec 31 2018 23:48:00      CACH, LLC,    PO BOX 10587,
                GREENVILLE, SC 29603-0587
4908309       +E-mail/Text: bncmail@w-legal.com Dec 31 2018 18:42:14       COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4892891       +E-mail/Text: bankruptcy@usecapital.com Dec 31 2018 18:42:37       Capital Accounts,
                PO Box 140065,    Nashville, TN 37214-0065
4892892        EDI: CAPITALONE.COM Dec 31 2018 23:48:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
4892893        EDI: CHASE.COM Dec 31 2018 23:48:00      Chase,    PO Box 15298,    Wilmington DE 19850-5298
4892894        EDI: CITICORP.COM Dec 31 2018 23:48:00      Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
4892895       +EDI: CCS.COM Dec 31 2018 23:48:00      Credit Collection Services,    P.O. Box 607,
                Norwood, MA 02062-0607
4892896       +EDI: RCSFNBMARIN.COM Dec 31 2018 23:48:00      CreditOne,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
4892897       +EDI: ESSL.COM Dec 31 2018 23:48:00      Dish Network,    P.O. Box 9033,
                Littleton, CO 80160-9033
4892899       +E-mail/Text: bknotice@ercbpo.com Dec 31 2018 18:42:13       ERC,   P.O. Box 57547,
                Jacksonville, FL 32241-7547
4892903        EDI: JEFFERSONCAP.COM Dec 31 2018 23:48:00      Jefferson Capital,    16 McLeland Road,
                Saint Cloud, MN 56303-2198
4911578        E-mail/Text: camanagement@mtb.com Dec 31 2018 18:42:06       M&T BANK,    PO BOX 840,
                Buffalo, NY 14240-0840
4892906        E-mail/Text: camanagement@mtb.com Dec 31 2018 18:42:06       M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
4892907       +EDI: TSYS2.COM Dec 31 2018 23:48:00      Macy's,    Attn: Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
4936788       +EDI: MID8.COM Dec 31 2018 23:48:00      Midland Funding LLC,
                Midland Credit Mgmt. Inc. as agent for,    Midland Funding LLC,    Po Box 2011,
                Warren, MI 48090-2011
4892910       +EDI: MID8.COM Dec 31 2018 23:48:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
                San Diego, CA 92108-2709
4892912       +EDI: AGFINANCE.COM Dec 31 2018 23:48:00      OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,
                Sioux Falls, SD 57117-6042
4892913        EDI: PRA.COM Dec 31 2018 23:48:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                Norfolk, VA 23502
4944530        EDI: PRA.COM Dec 31 2018 23:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4893207       +EDI: PRA.COM Dec 31 2018 23:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
4892915        EDI: RMSC.COM Dec 31 2018 23:48:00      Synchrony Bank/JC Penney,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
4892916        EDI: RMSC.COM Dec 31 2018 23:48:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
4892917        EDI: RMSC.COM Dec 31 2018 23:48:00      Synchrony Bank/Wal-Mart,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
4892918        EDI: TFSR.COM Dec 31 2018 23:48:00      Toyota Financial Services,    Attn: Bankruptcy Dept.,
                P.O. Box 8026,    Cedar Rapids, IA 52408
4918224       +EDI: AIS.COM Dec 31 2018 23:48:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4892919       +EDI: VERIZONCOMB.COM Dec 31 2018 23:48:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 28
```

```
District/off: 0314-5          User: CGambini             Page 2 of 2                Date Rcvd: Dec 31, 2018
                              Form ID: ordsmiss          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*              CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892888*        +Ana D.Romero,    737 Garfield St.,    Hazleton, PA 18201-2042
4892904*        +Joan Ariel Comas Joa,    737 Garfield St.,    Hazleton, PA 18201-2042
4908006*        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4937800*        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Joan Ariel Comas Joa tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joan Ariel Comas Joa, aka Joan A. Comas, aka Joan Ariel Comas, aka Joan Comas Joa, aka Joan A. Comas Joa, aka Joan Comas, **Debtor 1** | Chapter 13<br><br>Case No. 5:17–bk–00882–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: December 31, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)