United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-00882-JJT
Joan Ariel Comas Joa                                           Chapter 13
          Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini        Page 1 of 2        Date Rcvd: Feb 06, 2019
                            Form ID: pdf010        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db           +Joan Ariel Comas Joa,    737 Garfield St.,    Hazleton, PA 18201-2042
4892887      +Ana D. Romero,    737 Garfield St.,    Hazleton, PA 18201-2042
4892889     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Bankruptcy Department,   4161 Piedmont Pkwy.,
              NC4-105-03-14,   Greensboro, NC 27410)
4892893      +Chase,    PO Box 15298,    Wilmington DE 19850-5298
4892894      +Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
4892898      +ENDONTIC SPECIALISTS OF NEPA,    841 WYOMING AVE,    KINGSTON, PA 18704-3932
4892900      +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
              Hazleton, PA 18201-0651
4892901      +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, PA 18234-0024
4892902      +Jairo Comas Joa,    739 Garfield St.,    Hazleton, PA 18201-2042
4892905      +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4892908      +MARILYNS NO LIMIT TAX/TITLE/TAGS,    100 N. WILKES-BARRE BLVD.,    WILKES- BARRE, PA 18702-5253
4892907      +Macy's,   Attn: Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
4892909      +Marilynb's Tags/Title Multi Service,    100 N. Wilkes-Barre Blvd.,    Wilkes-Barre, PA 18702-5253
4892911      +NY State Dept. of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
              Albany, NY 12205-0300
4892914      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
4892918     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn:  Bankruptcy Dept.,
              P.O. Box 8026,   Cedar Rapids, IA 52408)
4908005      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4892890      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2019 19:28:32        CACH, LLC,
              4340 S. Monaco St., 2nd Fl.,    Denver, CO 80237-3485
4905179       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2019 19:28:32        CACH, LLC,
              PO BOX 10587,    GREENVILLE, SC 29603-0587
4908309      +E-mail/Text: bncmail@w-legal.com Feb 06 2019 19:17:46        COMENITY CAPITAL BANK,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4892891      +E-mail/Text: bankruptcy@usecapital.com Feb 06 2019 19:18:01        Capital Accounts,
              PO Box 140065,    Nashville, TN 37214-0065
4892892      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2019 19:28:20         Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
4892895      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 06 2019 19:17:57
              Credit Collection Services,    P.O. Box 607,    Norwood, MA 02062-0607
4892896      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 06 2019 19:28:26        CreditOne,
              P.O. Box 98873,    Las Vegas, NV 89193-8873
4892897      +E-mail/Text: Bankruptcy.Consumer@dish.com Feb 06 2019 19:17:41        Dish Network,
              P.O. Box 9033,    Littleton, CO 80160-9033
4892899      +E-mail/Text: bknotice@ercbpo.com Feb 06 2019 19:17:44        ERC,    P.O. Box 57547,
              Jacksonville, FL 32241-7547
4892903       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2019 19:17:47        Jefferson Capital,
              16 McLeland Road,    Saint Cloud, MN 56303-2198
4911578       E-mail/Text: camanagement@mtb.com Feb 06 2019 19:17:34        M&T BANK,    PO BOX 840,
              Buffalo, NY 14240-0840
4892906       E-mail/Text: camanagement@mtb.com Feb 06 2019 19:17:34        M&T Bank,    1100 Wehrle Drive,
              Williamsville, NY 14221
4936788      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2019 19:17:42        Midland Funding LLC,
              Midland Credit Mgmt. Inc. as agent for,    Midland Funding LLC,    Po Box 2011,
              Warren, MI 48090-2011
4892910      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2019 19:17:42        Midland Funding, LLC,
              2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
4892912      +E-mail/PDF: cbp@onemainfinancial.com Feb 06 2019 19:28:52
              OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
4892913       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2019 19:29:28
              Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
4944530       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2019 19:28:22
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4893207      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2019 19:28:22
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892915       E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2019 19:28:53        Synchrony Bank/JC Penney,
              Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4892916       E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2019 19:28:55        Synchrony Bank/Lowes,
              Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4892917       E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2019 19:28:19        Synchrony Bank/Wal-Mart,
              Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4918224      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2019 19:28:34        Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4892919      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 06 2019 19:16:56
              Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                        TOTAL: 23

```
                 ***** BYPASSED RECIPIENTS (continued) *****

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4892888*     +Ana D.Romero,   737 Garfield St.,   Hazleton, PA 18201-2042
4892904*     +Joan Ariel Comas Joa,   737 Garfield St.,   Hazleton, PA 18201-2042
4908006*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4937800*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
         Tullio  DeLuca    on behalf of Debtor 1 Joan Ariel Comas Joa tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                 TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**************************************************************************

| IN RE: | : | CHAPTER 13 |
| JOAN ARIEL COMAS JOA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-17-00882 |

**************************************************************************
ORDER
**************************************************************************

Upon consideration of Debtor's Motion to Reinstate Case, it is hereby:

**ORDERED**, that the Debtor's Motion to Reinstate Case is hereby **GRANTED**;

and it is further

**ORDERED**, that the Debtor's Chapter 13 Case is reinstated.

Dated:  February 6, 2019                    By the Court,

_____

John J. Thomas, Bankruptcy Judge (PR)