TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 21st, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Joan Ariel Comas Joa**
        Case No.5-17-00882

Dear Sir/Madam:

    I have received returned mail for **Marilynb's Tags/ Title Multi Service** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to 100 N. Wilkes Barre, PA 18702. Please be advised the correct information is as follows:

        Marilynb's Tags/ Title Multi Service
        118 S Main Ave
        Scranton, PA 18504

I served a copy of the order of Debtor's Motion to Reinstate Case at the above address on March 21st, 2019. Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/mw