# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOAN ARIEL COMAS JOA                  Case No.: 5-17-00882-HWV
                                                                    Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | Garfield St - PRE-ARREARS - 4268 |
| Property Address if applicable: | 737 GARFIELD ST., , HAZLETON, PA18201 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,324.36 |
| b. | Prepetition arrearages paid by the Trustee: | $3,324.36 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,030.28 |
| f. | Postpetition arrearages paid by the Trustee: | $2,030.28 |
| g. | Total b, d, f: | $5,354.64 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021

Respectfully submitted,

s/ Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: info@pamd13trustee.com

Creditor Name: M & T BANK  
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1182885 | 04/03/2018 | $218.90 | $0.00 | $218.90 |
| 5200 | 1185982 | 05/15/2018 | $205.27 | $0.00 | $205.27 |
| 5200 | 1188677 | 07/12/2018 | $102.63 | $0.00 | $102.63 |
| 5200 | 1191377 | 09/06/2018 | $103.81 | $0.00 | $103.81 |
| 5200 | 1192694 | 10/10/2018 | $103.81 | $0.00 | $103.81 |
| 5200 | 9005490 | 11/08/2018 | $102.19 | $0.00 | $102.19 |
| 5200 | 9005576 | 12/13/2018 | $306.59 | $0.00 | $306.59 |
| 5200 | 9005745 | 02/07/2019 | $103.38 | $0.00 | $103.38 |
| 5200 | 9005826 | 03/12/2019 | $102.19 | $0.00 | $102.19 |
| 5200 | 9006170 | 07/11/2019 | $409.17 | $0.00 | $409.17 |
| 5200 | 9006259 | 08/07/2019 | $102.20 | $0.00 | $102.20 |
| 5200 | 9006351 | 09/26/2019 | $107.02 | $0.00 | $107.02 |
| 5200 | 9006440 | 10/10/2019 | $102.42 | $0.00 | $102.42 |
| 5200 | 9006522 | 11/07/2019 | $102.41 | $0.00 | $102.41 |
| 5200 | 9006613 | 12/12/2019 | $102.42 | $0.00 | $102.42 |
| 5200 | 9006705 | 01/16/2020 | $102.42 | $0.00 | $102.42 |
| 5200 | 9006796 | 02/13/2020 | $102.42 | $0.00 | $102.42 |
| 5200 | 9006887 | 03/12/2020 | $102.41 | $0.00 | $102.41 |
| 5200 | 9007044 | 04/14/2020 | $102.42 | $0.00 | $102.42 |
| 5200 | 9007237 | 05/06/2020 | $98.79 | $0.00 | $98.79 |
| 5200 | 9007753 | 07/07/2020 | $197.59 | $0.00 | $197.59 |
| 5200 | 9008054 | 08/12/2020 | $98.79 | $0.00 | $98.79 |
| 5200 | 9008373 | 09/17/2020 | $98.79 | $0.00 | $98.79 |
| 5200 | 9008692 | 10/15/2020 | $99.89 | $0.00 | $99.89 |
| 5200 | 9008965 | 11/03/2020 | $46.43 | $0.00 | $46.43 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOAN ARIEL COMAS JOA  Case No.: 5-17-00882-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON PA, 18504- | SERVED ELECTRONICALLY |
| M&T BANK<br>BANKRUPTCY DEPT<br>PO BOX 840<br>BUFFALO, NY, 14240-0810 | SERVED BY 1ST CLASS MAIL |
| JOAN ARIEL COMAS JOA<br>737 GARFIELD ST.<br>HAZLETON, PA 18201 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com