United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 17-00882-MJC

Joan Ariel Comas Joa     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 31, 2021     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Ariel Comas Joa, 737 Garfield St., Hazleton, PA 18201-2042 |
| 4892887 | + | Ana D. Romero, 737 Garfield St., Hazleton, PA 18201-2042 |
| 4892898 | + | ENDONTIC SPECIALISTS OF NEPA, 841 WYOMING AVE, KINGSTON, PA 18704-3932 |
| 4892900 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 4892901 | + | Hazle Township Refuse, P.O. Box 24, Lattimer Mines, PA 18234-0024 |
| 4892902 | + | Jairo Comas Joa, 739 Garfield St., Hazleton, PA 18201-2042 |
| 4892905 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4892908 | + | MARILYNS NO LIMIT TAX/TITLE/TAGS, 100 N. WILKES-BARRE BLVD., WILKES- BARRE, PA 18702-5253 |
| 4892909 | | Marilynbs Tags/ Title Multi Service, 118 S Main Ave, Scranton, PA 18504 |
| 4892911 | + | NY State Dept. of Taxation & Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 4892914 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 4908005 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4892889 | | EDI: BANKAMER.COM | Aug 31 2021 22:43:00 | Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 4905179 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 18:44:01 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 4892890 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 18:43:56 | CACH, LLC, 4340 S. Monaco St., 2nd Fl., Denver, CO 80237-3485 |
| 4908309 | + | EDI: WFNNB.COM | Aug 31 2021 22:43:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4892891 | + | Email/Text: bankruptcy@usecapital.com | Aug 31 2021 18:40:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 4892892 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4892894 | + | EDI: CITICORP.COM | Aug 31 2021 22:43:00 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 4892895 | + | EDI: CCS.COM | Aug 31 2021 22:43:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 4892896 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2021 18:43:55 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4892907 | + | EDI: CITICORP.COM | Aug 31 2021 22:43:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 4892897 | + | EDI: ESSL.COM | Aug 31 2021 22:43:00 | Dish Network, P.O. Box 9033, Littleton, CO 80160-9033 |
| 4892899 | + | Email/Text: bknotice@ercbpo.com | Aug 31 2021 18:40:00 | ERC, P.O. Box 57547, Jacksonville, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32241-7547 |
| 4892903 | | EDI: JEFFERSONCAP.COM | Aug 31 2021 22:43:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 4892893 | | EDI: JPMORGANCHASE | Aug 31 2021 22:43:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 4911578 | | Email/Text: camanagement@mtb.com | Aug 31 2021 18:40:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 4892906 | | Email/Text: camanagement@mtb.com | Aug 31 2021 18:40:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4936788 | + | EDI: MID8.COM | Aug 31 2021 22:43:00 | Midland Funding LLC, Midland Credit Mgmt. Inc. as agent for, Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 4892910 | + | EDI: MID8.COM | Aug 31 2021 22:43:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 4892912 | + | EDI: AGFINANCE.COM | Aug 31 2021 22:43:00 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 4892913 | | EDI: PRA.COM | Aug 31 2021 22:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4944530 | | EDI: PRA.COM | Aug 31 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4893207 | + | EDI: RECOVERYCORP.COM | Aug 31 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5162259 | + | Email/Text: bncmail@w-legal.com | Aug 31 2021 18:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162258 | + | Email/Text: bncmail@w-legal.com | Aug 31 2021 18:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4892915 | | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4892916 | | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4892917 | | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4892918 | | EDI: TFSR.COM | Aug 31 2021 22:43:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |
| 5164028 | | EDI: BL-TOYOTA.COM | Aug 31 2021 22:43:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4918224 | + | EDI: AIS.COM | Aug 31 2021 22:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4892919 | + | EDI: VERIZONCOMB.COM | Aug 31 2021 22:43:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| | | |
| --- | --- | --- |
| 4892888 | *+ | Ana D.Romero, 737 Garfield St., Hazleton, PA 18201-2042 |
| 4892904 | *+ | Joan Ariel Comas Joa, 737 Garfield St., Hazleton, PA 18201-2042 |
| 4908006 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4937800 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Joan Ariel Comas Joa tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joan Ariel Comas Joa<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2276<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–00882–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joan Ariel Comas Joa
aka Joan A. Comas, aka Joan Ariel Comas, aka
Joan Comas Joa, aka Joan A. Comas Joa, aka
Joan Comas

**By the court:**

8/31/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**