United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 17-00882-MJC

Joan Ariel Comas Joa                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                    Page 1 of 2

Date Rcvd: Sep 20, 2021                Form ID: fnldec                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

**Recip ID**                **Recipient Name and Address**
db                        +   Joan Ariel Comas Joa, 737 Garfield St., Hazleton, PA 18201-2042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021                 Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Joan Ariel Comas Joa tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5
Date Rcvd: Sep 20, 2021
TOTAL: 6

User: AutoDocke
Form ID: fnldec

Page 2 of 2
Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joan Ariel Comas Joa,<br>aka Joan A. Comas, aka Joan Ariel Comas, aka Joan<br>Comas Joa, aka Joan A. Comas Joa, aka Joan Comas, | Chapter       13 |
| **Debtor 1** | Case No.     5:17−bk−00882−MJC |

Social Security No.:

                xxx−xx−2276

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 20, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (10/20)